**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Davidette Johnson v. The State of Texas

Appellate case number:    01-15-00869-CR

Trial court case number:  1397348

Trial court:              232nd District Court of Harris County

Appellant, Davidette Johnson, is represented by appointed counsel, Joseph W. Varela. On February 12, 2016, Johnson filed two motions:  (1) A motion for discovery and inspection of evidence, asking us to order the District Attorney to produce and permit his counsel to view all evidence, and (2) a motion for bail pending appeal.

Johnson is represented by counsel on appeal, and he is not entitled to hybrid representation.  *See Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981); *Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding).  "Hybrid representation" means "representation partly by counsel and partly by self."  *Robinson v. State*, 240 S.W.3d 919, 921 (Tex. Crim. App. 2007).

Accordingly, we deny the motion for discovery and inspection and the motion for bail.  It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
          ☒     Acting individually    ☐ Acting for the Court


Date:  March 1, 2016